# EXHIBIT A

| | | |
|---|---|---|
| | **Search documents in this case:** | Search |

## No. 19-511

| Title: | **Facebook, Inc., Petitioner**<br>**v.**<br>**Noah Duguid, et al.** |
|---|---|
| Docketed: | October 21, 2019 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
| Case Numbers: | (17-15320) |
| Decision Date: | June 13, 2019 |
| Rehearing Denied: | August 22, 2019 |
| **Questions Presented** | |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Oct 17 2019 | Petition for a writ of certiorari filed. (Response due November 20, 2019)<br><br>**Petition     Appendix     Certificate of Word Count     Proof of Service** |
| Nov 07 2019 | Blanket Consent filed by Petitioner, Facebook, Inc.<br><br>**Blanket Consent** |
| Nov 18 2019 | Waiver of right of respondent Noah Duguid to respond filed.<br><br>**Main Document** |
| Nov 20 2019 | Brief amicus curiae of Credit Union National Association, Inc. filed.<br><br>**Main Document     Certificate of Word Count     Proof of Service** |
| Nov 20 2019 | Brief of respondent United States filed.<br><br>**Main Document     Certificate of Word Count** |
| Nov 20 2019 | Brief amici curiae of Midland Credit Management, Inc. and Encore Capital Group, Inc. filed. |

| | |
|---|---|
| | **Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Nov 20 2019 | Brief amici curiae of Chamber of Commerce of the United States of America and Business Roundtable filed. <br><br> **Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Nov 20 2019 | Brief amicus curiae of ACA International, Inc. filed. <br><br> **Main Document**     **Proof of Service**     **Certificate of Word Count** |
| Nov 20 2019 | Brief amicus curiae of Retail Litigation Center, Inc. filed. <br><br> **Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Nov 25 2019 | Waiver of the 14-day waiting period under Rule 15.5 filed. <br><br> **Main Document** |
| Nov 26 2019 | DISTRIBUTED for Conference of 12/13/2019. |
| Dec 02 2019 | Reply of petitioner Facebook, Inc. filed. (Distributed) <br><br> **Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Dec 04 2019 | Response Requested. (Due January 3, 2020) |
| Jan 03 2020 | Brief of respondent Noah Duguid in opposition filed. <br><br> **Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Jan 06 2020 | Letter waiving the 14-day waiting period for the distribution of the petition pursuant to Rule 15.5 filed. <br><br> **Main Document** |
| Jan 08 2020 | DISTRIBUTED for Conference of 1/24/2020. |
| Jan 10 2020 | Reply of petitioner Facebook, Inc. filed. (Distributed) <br><br> **Main Document**     **Certificate of Word Count**     **Proof of Service** |

| Jul 07 2020 | Supplemental brief of petitioner Facebook, Inc. filed. (Distributed)<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
|---|---|
| Jul 08 2020 | DISTRIBUTED for Conference of 7/8/2020. |
| Jul 08 2020 | Supplemental brief of respondent Noah Duguid filed.<br><br>**Main Document**      **Proof of Service**      **Certificate of Word Count** |
| Jul 09 2020 | Petition GRANTED limited to Question 2 presented by the petition. |
| Jul 24 2020 | Motion for an extension of time filed.<br><br>**Main Document** |
| Jul 24 2020 | Motion to extend the time to file the briefs on the merits granted. The time to file the joint appendix and petitioner's brief on the merits is extended to and including September 4, 2020. The time to file respondents' brief on the merits is extended to and including October 16, 2020. |
| Sep 04 2020 | Brief of respondent United States in support filed.<br><br>**Main Document**      **Certificate of Word Count** |
| Sep 04 2020 | Joint appendix filed.<br><br>**Main Document** |
| Sep 04 2020 | Brief of petitioner Facebook, Inc. filed.<br><br>**Main Document**      **Other**      **Certificate of Word Count**      **Proof of Service** |
| Sep 10 2020 | Brief amicus curiae of Washington Legal Foundation filed.<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
| Sep 10 2020 | Brief amici curiae of Professional Association for Customer Engagement and Noble Systems Corporation filed.<br><br>**Main Document**      **Certificate of Word Count**      **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Home Depot, Inc. filed. |

| | |
|---|---|
| | **Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Salesforce.com, Inc. filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Midland Credit Management, Inc. filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amici curiae of Chamber of Commerce of the United States of America, et al. filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Credit Union National Association, Inc. filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Portfolio Recovery Associates, LLC filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amicus curiae of Quicken Loans, LLC filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amici curiae of "On-Demand" Technology Platforms filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amici curiae of Retail Litigation Center, Inc., et al. filed.<br><br>**Proof of Service**    **Certificate of Word Count**    **Main Document** |
| Sep 11 2020 | Brief amici curiae of Life Insurance Direct Marketing Association, American Property Casualty Insurance Association and Consumer Credit Industry Association filed.<br><br>**Main Document**    **Certificate of Word Count**    **Proof of Service** |
| Sep 11 2020 | Brief amici curiae of Healthcare Companies filed. |

|  | Main Document      Certificate of Word Count      Proof of Service |
|---|---|
| Sep 16 2020 | SET FOR ARGUMENT on Tuesday, December 8, 2020. |
| Oct 08 2020 | Record requested from the U.S.C.A. 6th Circuit. |
| Oct 16 2020 | Brief of respondent Noah Duguid filed.<br><br>Main Document      Certificate of Word Count      Proof of Service |
| Oct 23 2020 | Brief amici curiae of Electronic Privacy Information Center, et al. filed. (Distributed)<br><br>Main Document      Certificate of Word Count      Proof of Service |
| Oct 23 2020 | Brief amici curiae of 21 Members of Congress filed. (Distributed)<br><br>Main Document      Proof of Service      Certificate of Word Count |
| Oct 23 2020 | Brief amici curiae of State of North Carolina, et al. filed. (Distributed)<br><br>Main Document      Certificate of Word Count      Proof of Service |
| Oct 23 2020 | Brief amicus curiae of Main Street Alliance filed. (Distributed)<br><br>Main Document      Certificate of Word Count      Proof of Service |
| Oct 23 2020 | Brief amici curiae of John McCurley and Dan Deforest filed. (Distributed)<br><br>Main Document      Certificate of Word Count      Proof of Service |
| Oct 23 2020 | Motion for divided argument filed by petitioner Facebook, Inc.<br><br>Main Document      Proof of Service |
| Oct 23 2020 | Amicus brief of Dr. Henning Schulzrinne submitted.<br><br>Main Document      Proof of Service      Certificate of Word Count |
| Oct 23 2020 | Amicus brief of National Consumer Law Center, Consumer Federation of America, and Consumer Reports submitted. |

| | Main Document | Certificate of Word Count | Proof of |
|---|---|---|---|
| | Service | | |
| Oct 27 2020 | CIRCULATED | | |

| NAME | ADDRESS | PHONE |
|---|---|---|
| **Attorneys for Petitioner** | | |
| Paul D. Clement<br>  Counsel of Record | Kirkland & Ellis LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>paul.clement@kirkland.com | 2023895000 |
| Party name: Facebook, Inc. | | |
| **Attorneys for Respondents** | | |
| Sergei Lemberg<br>  Counsel of Record | Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, CT 06897<br><br>slemberg@lemberglaw.com | 203-653-2250 |
| Party name: Noah Duguid | | |
| Jeffrey B. Wall<br>  Counsel of Record | Acting Solicitor General<br>United States Department of<br>Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SupremeCtBriefs@USDOJ.gov | 202-514-2217 |
| Party name: United States in support of petitioner | | |
| **Other** | | |
| Corbin Knight Barthold<br>  Counsel of Record | Washington Legal Foundation<br>2009 Massachusetts Ave., NW<br>Washington, DC 20036<br><br>cbarthold@wlf.org | 2025880302 |
| Party name: Washington Legal Foundation | | |

| Keith Bradley | Squire Patton Boggs (U.S.) LLP | 303-894-6156 |
| Counsel of Record | 1801 California Street, Suite 4900 | |
| | Denver, CO 80202 | |
| | | |
| | keith.bradley@squirepb.com | |

Party name: Home Depot, Inc.

| Alan Jay Butler | Electronic Privacy Information | 2024831140 |
| Counsel of Record | Center | |
| | 1519 New Hampshire Avenue NW | |
| | Washington, DC 20036 | |
| | | |
| | butler@epic.org | |

Party name: Electronic Privacy Information Center, et al.

| Shay Dvoretzky | Jones Day | 2028793474 |
| Counsel of Record | 51 Louisiana Avenue NW | |
| | Washington, DC 20001-2113 | |
| | | |
| | sdvoretzky@jonesday.com | |

Party name: Chamber of Commerce of the United States of America, et al.

| Julian Richard Ellis Jr. | Brownstein Hyatt Farber Schreck, | 303-223-1142 |
| Counsel of Record | LLP | |
| | 410 17th Street, Suite 2200 | |
| | Denver, CO 80202 | |
| | | |
| | jellis@bhfs.com | |

Party name: Credit Union National Association, Inc.

| Albert Quoc Giang | King & Spalding LLP | (213) 629-9040 |
| Counsel of Record | 633 West Fifth Street | |
| | Suite 1600 | |
| | Los Angeles, CA 90071 | |
| | | |
| | agiang@kslaw.com | |

Party name: "On-Demand" Technology Platforms

| William McGinley Jay | Goodwin Procter, LLP | 2023464190 |
| Counsel of Record | 1900 N Street, N.W. | |
| | Washington, DC 20036 | |
| | | |
| | WJay@goodwinlaw.com | |

Party name: Quicken Loans, LLC

Seyed Abbas Kazerounian
  Counsel of Record

Kazerouni Law Group APC
245 Fischer Ave., Suite D-1
Costa Mesa, CA 92626

800-400-6808

ak@kazlg.com

Party name: John McCurley and Dan Deforest

Keith James Keogh
  Counsel of Record

Keogh Law, LTD
55 W. Monroe St, Suite 3390
Chicago, IL 60603

312-726-1092

keith@keoghlaw.com

Party name: 21 Members of Congress

Joseph Russell Palmore
  Counsel of Record

Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006

202-887-6940

jpalmore@mofo.com

Party name: Retail Litigation Center, Inc., et al.

Ernesto Rafael Palomo
  Counsel of Record

Locke Lord LLP
111 South Wacker Drive
Suite 4100
Chicago, IL 60606

3124430477

epalomo@lockelord.com

Party name: Life Insurance Direct Marketing Association, American Property Casualty Insurance Association and Consumer Credit Industry Association

Ryan Young Park
  Counsel of Record

North Carolina Department of
Justice
P.O. Box 629
Raleigh, NC 27602

9197166400

rpark@ncdoj.gov

Party name: State of North Carolina, et al.

Mark Andrew Perry
  Counsel of Record

Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306

202-887-3667

mperry@gibsondunn.com

Party name: salesforce.com, inc.

Maxwell Vaughn Pritt
   Counsel of Record

Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

(415) 293-6800

mpritt@bsfllp.com

Party name: Healthcare Companies

Zachary Charles Schauf
   Counsel of Record

Jenner & Block, LLP
1099 New York Ave., NW
Washington, DC 20001

202-637-6379

ZSchauf@jenner.com

Party name: Midland Credit Management, Inc.

Michele Ann Shuster
   Counsel of Record

Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite
210
New Albany, OH 43054

6149399955

mshuster@mslawgroup.com

Party name: Professional Association for Customer Engagement and Noble Systems Corporation

Kris Skaar
   Counsel of Record

133 Mirramont Lake Drive
Woodstock, GA 30189

770 427 5600

kskaar@skaarandfeagle.com

Party name: Dr. Henning Schulzrinne

Misha Tseytlin
   Counsel of Record

Troutman Sanders LLP
227 W. Monroe
Suite 3900
Chicago, IL 60606

(312) 759-5947

misha.tseytlin@troutman.com

Party name: Portfolio Recovery Associates, LLC

Tara Twomey
   Counsel of Record

National Consumer Law Center
7 Winthrop Square
Boston, MA 02110

617 542-8010

tara.twomey@comcast.net

Party name: National Consumer Law Center, Consumer Federation of America, and Consumer Reports

| Steven Gregory White<br>    Counsel of Record | Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br><br>gwhite@grayreed.com | 214-954-4135 |

Party name: ACA International, Inc.

| John A. Yanchunís<br>    Counsel of Record | James Hoyer, et al.<br>4830 W. Kennedy Blvd.<br>Suite 147<br>Tampa, FL 33609<br><br>jyanchunis@forthepeople.com | 8132230931 |

Party name: Main Street Alliance