**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**CASE NO:** 20-cv-02354-WJM-KMT

DAVID ULERY, individually and
on behalf of all others similarly situated,

    Plaintiff,

    v.

AT&T MOBILITY SERVICES, LLC,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Counsel for Plaintiff, DAVID ULERY, and Counsel for Defendant, AT&T MOBILITY SERVICES, LLC., (collectively, the "Parties") hereby advise the Court the Parties have reached a settlement in principle and jointly seek 28-days to prepare settlement documents and file appropriate dismissal papers.

    **Dated this 3rd day of May 2021.**        Respectfully Submitted,

| | |
|---|---|
| */s/ Kyle J. Steinmetz* | */s/ Jordan Richards* |
| Kyle J Steinmetz | JORDAN RICHARDS, PLLC |
| MAYER BROWN LLP | 805 East Broward Blvd. Suite 301 |
| 71 S. Wacker Drive | Fort Lauderdale, Florida 33301 |
| Chicago IL 60606 | JORDAN RICHARDS, ESQUIRE |
| Telephone: (312) 701-8547 | Tel: (954) 871-0050 |
| ksteinmetz@mayerbrown.com | Jordan@jordanrichardspllc.com |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on May 3, 2021 and that the foregoing was served on all counsel via the ECF system.

                                               By: */s/ Jordan Richards*
                                                  JORDAN RICHARDS, ESQUIRE

2

**SERVICE LIST:**

Kyle J Steinmetz
MAYER BROWN LLP
71 S. Wacker Drive
Chicago IL 60606
Telephone: (312) 701-8547
Facsimile: (312) 706-9178
ksteinmetz@mayerbrown.com

Douglas A. Smith, No. 52017
MAYER BROWN LLP
350 S. Grand Avenue, Suite 2500
Los Angeles, California 90071-1503
Telephone: (213) 229-5198
Facsimile: (213) 625-0248
dougsmith@mayerbrown.com

*Attorneys for Defendant AT&T Mobility Services, LLC*