**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**CASE NO:** 20-cv-02354-WJM-KMT

DAVID ULERY, individually and
on behalf of all others similarly situated,

  Plaintiff,

  v.

AT&T MOBILITY SERVICES, LLC,

  Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  The Parties, through their attorneys, respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims only, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

  **Dated this 27th day of May 2021.**       Respectfully Submitted,

| | |
|---|---|
| */s/ Kyle J. Steinmetz* | */s/ Jordan Richards* |
| Kyle J Steinmetz | JORDAN RICHARDS, PLLC |
| MAYER BROWN LLP | 805 East Broward Blvd. Suite 301 |
| 71 S. Wacker Drive | Fort Lauderdale, Florida 33301 |
| Chicago IL 60606 | JORDAN RICHARDS, ESQUIRE |
| Telephone: (312) 701-8547 | Tel: (954) 871-0050 |
| ksteinmetz@mayerbrown.com | Jordan@jordanrichardspllc.com |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on May 27, 2021 and that the foregoing was served on all counsel via the ECF system.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE

## SERVICE LIST:

Kyle J Steinmetz
MAYER BROWN LLP
71 S. Wacker Drive
Chicago IL 60606
Telephone: (312) 701-8547
Facsimile: (312) 706-9178
ksteinmetz@mayerbrown.com

Douglas A. Smith, No. 52017
MAYER BROWN LLP
350 S. Grand Avenue, Suite 2500
Los Angeles, California 90071-1503
Telephone: (213) 229-5198
Facsimile: (213) 625-0248
dougsmith@mayerbrown.com

*Attorneys for Defendant AT&T Mobility Services, LLC*

2